IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SHAELA EVENSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BUTTE CENTRAL CATHOLIC SCHOOLS,<br><br>　　　　　Defendant. | CV 14-55-BU-DWM-JCL<br><br>ORDER |

Plaintiff Shaela Evenson has moved to vacate the preliminary pretrial conference scheduled for November 5, 2014, and all associated deadlines. Good cause appearing,

IT IS ORDERED that the preliminary pretrial conference set for November 5, 2014, is VACATED.

IT IS FURTHER ORDERED that the Court's August 22, 2014 preliminary pretrial conference order and all deadlines associated with the November 5, 2014, preliminary pretrial conference are hereby VACATED.

IT IS FURTHER ORDERED that these proceedings are hereby STAYED pending an order from the United States Bankruptcy Court for the District of

1

Montana granting Plaintiff's motion seeking relief from the automatic stay. Plaintiff shall file a notice advising this Court if the Bankruptcy Court grants her motion for relief from the automatic stay. If the Bankruptcy Court grants Plaintiff's motion, this Court will lift the stay in this case and issue a new preliminary pretrial conference order.

DATED this 27th day of October, 2014.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge