

# Montana Catholic Schools

*The Diocese of Helena & The Diocese of Great Falls-Billings*
www.diocesehelena.org ~ www.dioceseofgfb.org

## *EXPERIENCED TEACHER*
## CATHOLIC SCHOOL TEACHER
### ONE-YEAR EMPLOYMENT AGREEMENT

---

THIS AGREEMENT is entered into this day, __July 25th__, in the year, __2013__, in the city of __Butte__, Montana, by and between __Butte Central Catholic Elementary School__ hereinafter designated as the "School" and __Shaela Evenson__, hereinafter designated as the "Teacher".

WHEREAS, the School is a Catholic Parochial School operated in accordance with the moral and religious teachings of the Roman Catholic Church, the Teacher by executing this agreement acknowledges and represents that he/she is fully familiar with and covenants and agrees to abide by these moral and religious teachings, both in his/her private as well as public life. The Teacher further understands by entering into this contract the Teacher becomes a member of the School Community, wherein the Catholic school is recognized as a meeting place for the expression of Catholic Christian values in education. The Teacher thereby agrees that his/her behavior in should give Christian witness in both his/her personal and public life so that the integrated approach to learning and living is visible to the School Community and strengthens that Community. In recognition of this unique teaching commission, the Teacher shall further exhibit professional standards to students, parents, other teachers/employees as both an adult example and a member of this School and Faith Community. Teacher acknowledges that these covenants and agreements are a primary and material consideration for the School to enter into this agreement. The School now agrees to employ the Teacher and the Teacher agrees to accept and perform the duties hereinafter set forth for the academic year.

The duties under this contract shall begin __August 26th__, in the year, __2013__ and terminate __June 5th__, in the year, __2014__ which shall constitute an academic year and shall include __185__ days of service.

## The School Agrees:

1. **To pay the Teacher an annual salary in 12 monthly installments. The salary will be computed as follows:**
    a. The Teacher's salary and benefits will be prorated to that of __1.0__ Full Time Equivalency (FTE).
    b. The Teacher's Basic Salary is    $ __21,740.00__    based upon his/her FTE.
    c. Paid Extra Assignment(s):    $ __$1,500.00__    Assignment(s): __Teacher/Educator__
       (Dean of Elementary)

    **TOTAL FINANCIAL COMPENSATION:** $23,240.00

2. **To provide the following benefits**
    a. Social Security Contribution
    b. Worker's Compensation
    c. Health Insurance
    d. ☐ Life Insurance
    e. ☐ Disability Insurance
    f. ☐ 5% tax annuity
    g. ☐ Other:
    h. ☐ Other:
    i. ☐ Other:

3. **To allow:**
    a. __3__ Days per year personal leave with pay    b. __10__ Days per year sick leave with pay    c. __5__ Days bereavement leave

## The Teacher Agrees:
1. To competently perform such duties in the grades, fields, or other duties assigned by the School principal and to perform the duties involved in said assignments.
2. To participate in all School functions and activities as requested by the School principal.
3. To abide by all the rules and regulations of the School and the Diocese as written in their respective handbooks and personnel policies and all amendments to said rules and regulations.
4. To abide by all of the moral and religious teachings of the Roman Catholic Church and not to engage in any personal conduct or lifestyle which would be at variance with or contrary to the polices of the School and the Diocese or the moral and religious teachings of the Roman Catholic Church.
5. To present and have on file: 1) valid Montana Teacher's License as required by the Diocesan Policy and 2) official academic transcripts of all undergraduate and graduate credits.

## It Is Mutually Agreed:
1. The School shall give the Teacher notice, whenever possible of any dissatisfaction with any work or conduct. Continued unsatisfactory work or conduct shall be justifiable grounds for discharge.
2. In addition to the aforementioned grounds for discharge, the following shall constitute sufficient cause for immediate discharge:
    a. Inability to teach, inability to control and discipline students, frequent absenteeism, physical or mental incapacity, frequent or unreasonable tardiness or early departure from school, serious inability to deal amicably with students.
    b. Immorality, intemperance, insubordination, physical or mental incapacity, violation of law involving moral turpitude, unprofessional conduct reflecting discredit on the Teacher or the School or impairing the continued usefulness or ability of the Teacher to teach.
    c. Any personal conduct or lifestyle, either public or private which would be at variance with or contrary to the moral and religious teachings of the Roman Catholic Church.
3. When a Teacher is discharged, the School has no further obligation other than the payment of any salary which may be due as of the effective date of discharge. Should there be a dispute as to the existence of good or sufficient reasons for discharge, the Teacher may appeal the decision by setting forth his/her grievance in writing and delivering the same to the School principal within ten (10) calendar days of effective discharge date. The matter shall then be considered according to the Diocesan Due Process Procedure for Catholic School Personnel.
4. In the event that the Teacher leaves his/her employment with the School prior to the termination of this agreement or otherwisese ceases or abandons performance of his/her obligations under this agreement without the express written consent of the School, it is understood and agreed that such action by the Teacher shall be deemed gross neglect of duty and reportable as such to the Montana Superintendent of Public Instruction.

**IN WITNESS WHEREOF, we affix our signature.**

Teacher: _____    Date: _____

Administrator: _____   Title: _____

**EXHIBIT A**

---

**DISPOSITION**
One copy each to: School Human Resource Office / Teacher / Diocesan School Office