Brian K. Gallik
GALLIK & BREMER, P.C.
777 East Main Street, STE 203
P.O. Box 70
Bozeman, MT 59771-0070
brian@galliklawfirm.com
Ph.:   (406) 404-1728
Fax:   (406) 404-1730

Robert Klingler      (pro hac vice application to be filed)
Brian J. Butler      (*pro hac vice* application to be filed)
Robert A. Klingler Co., L.P.A.
525 Vine Street, Suite 2320
Cincinnati, OH  45202
rak@klinglerlaw.com
bjb@klinglerlaw.com
Ph:   (513) 664-9500
Fax:   (513) 621-3240
*Attorneys for Plaintiff Shaela Evenson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| **SHAELA EVENSON,** ) | CV 14- 55-BU-DWM-JCL |
| ) | |
| PLAINTIFF, ) | **L.R. 83.1(d) MOTION FOR** |
| ) | ***PRO HAC VICE* ADMISSION** |
| v. ) | **OF BRIAN J. BUTLER.** |
| ) | |
| **BUTTE CENTRAL CATHOLIC** ) | **UNOPPOSED** |
| **SCHOOLS, & ROMAN CATHOLIC** ) | |
| **BISHOP OF HELENA, MONTANA,** ) | |
| **a Montana Religious Corporation** ) | |
| **Sole (Diocese of Helena),** ) | |
| ) | |
| DEFENDANTS. ) | |

1

Brian K. Gallik, a Member in good standing of the Bar of this Court, respectfully moves this Court for an Order for Brian J. Butler's admission *pro hac vice*. *See*, L.R. 83.1(d)(3). The undersigned contacted Kathleen L. DeSoto, attorney for the Defendants regarding this Motion. Ms. DeSoto states she has *NO OBJECTION* to this Motion.

In support of this Motion, Brian K. Gallik, local counsel for the Plaintiff, with whom this Court and opposing counsel may readily communicate and who will be responsible to participate as required under L.R. 83.1(5), attaches the Affidavit of Brian J. Butler, stating under penalty of perjury:

1. Mr. Butler's state of residence and office address;

2. the courts Mr. Butler has been admitted to practice, and the dates of admission;

3. that he is in good standing and eligible to practice in the courts identified pursuant to L.R. 83.1(d)(A);

4. that he is not currently suspended or disbarred in any other court;

5. that he has never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Fed. R. Civ. P. 11 or 37(b), (c), (d) or (f) or their state equivalent;

6.      that he has never made *pro hac vice* application to this Court, prior to this application; and

7.      that he understands that *pro hac vice* admission in this Court is personal to him only and is not admission of his law firm and that he will be held fully accountable for the conduct of the litigation in this Court.

Mr. Butler has paid the fee for admission to this Court.

A proposed Order is submitted with this Application.

RESPECTFULLY SUBMITTED this 24th day of April, 2015.

GALLIK & BREMER, P.C.


_____/s/ Brian K. Gallik_____
Brian K. Gallik
Gallik & Bremer, P.C.
777 East Main Street, STE 203
PO Box 70
Bozeman, MT  59771-0070
brian@galliklawfirm.com
Ph. 406-404-1728
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I certify that on April 24, 2015, a copy of the Plaintiff's Motion for *Pro Hac Vice* Admission for Brian J. Butler was served upon the following by the following means:

|   | Person | Means | |
|---|--------|-------|---|
| 1. | Clerk, U.S. District Court<br>District of Montana<br>Butte Division<br>CM/ECF | X<br>___<br>___ | Electronic Mail<br>U.S. Mail<br>Hand Delivery |
| 2. | Kathleen L. DeSoto<br>Garlington, Lohn & Robinson, PLLP<br>350 Ryman St.<br>Missoula, MT 59802<br>Attorney for Defendants<br>Method of Service: Electronic Mail: kidesoto@GARLINGTON.COM<br>And First Class Mail, Postage Prepaid | X<br>X<br>__ | Electronic Mail<br>U.S. Mail<br>Hand Delivery |

/s/ Brian K. Gallik
Attorneys for Plaintiff.