**CASE NUMBER:** CV-14-55 -BU-DWM-JCL

## SHAELA EVENSON,
Plaintiff,

vs.

## BUTTE CENTRAL CATHOLIC SCHOOLS & ROMAN CATHOLIC BISHOP OF HELENA, MONTANA,,
Defendant.

### CONSENT TO THE EXERCISE OF JURISDICTION
### BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed. R.Civ.P.73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| *[signature]* | Shaela Evenson (π) | 6/5/15 |
| | | |
| | | |

The undersigned **does not** consent to said exercise of jurisdiction by the United States Magistrate Judge.

| Signatures | Party Represented | Date |
|---|---|---|
| | | |
| | | |
| | | |

CASE NUMBER: CV-14-55 -BU-DWM-JCL

**RECEIVED**

**JUN - 5 2015**

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BUTTE

SHAELA EVENSON,
                                Plaintiff,

vs.

# BUTTE CENTRAL CATHOLIC SCHOOLS & ROMAN CATHOLIC BISHOP OF HELENA, MONTANA,,
                                Defendant.

## CONSENT TO THE EXERCISE OF JURISDICTION
## BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed. R.Civ.P.73, the parties in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Signatures | Party Represented | Date |
|---|---|---|
| /s/ Kathleen L. DeSoto | Butte Central Cath. Sch. & Roman Catholic Bishop of Helena, MT | 6/4/15 |
| | | |

The undersigned **does not** consent to said exercise of jurisdiction by the United States Magistrate Judge.

| Signatures | Party Represented | Date |
|---|---|---|
| | | |
| | | |