IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| SHAELA EVENSON,<br><br>    Plaintiff,<br><br>vs.<br><br>BUTTE CENTRAL CATHOLIC SCHOOLS,<br><br>    Defendant. | CV 14-55-BU-JCL<br><br>ORDER |

The final pretrial conference in this case is scheduled to take place on April 14, 2016, and a jury trial is set for April 25, 2016. As of the date of this order, there has been no docket activity in this case since June 2015. Accordingly, and in anticipation of the Court having to call a jury for the approaching trial,

IT IS ORDERED that the parties file a report notifying the Court as to the status of this case on or before March 21, 2016.

DATED this 14th day of March, 2016.

　　　　　　　　　　　　　　　　　　Jeremiah C. Lynch
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1