Brian K. Gallik
GALLIK, BREMER & MOLLOY, P.C.
777 East Main Street, STE 203
P.O. Box 70
Bozeman, MT 59771-0070
brian@galliklawfirm.com
Ph.: (406) 404-1728
Fax: (406) 404-1730

Robert Klingler   (*pro hac vice*)
Robert A. Klingler Co., L.P.A.
525 Vine Street, Suite 2320
Cincinnati, OH 45202
rak@klinglerlaw.com
Ph:  (513) 664-9500
Fax: (513) 621-3240
*Attorneys for Plaintiff Shaela Evenson*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| **SHAELA EVENSON,** | CV 14- 55-BU-DWM-JCL |
| PLAINTIFF, | **MARCH 21, 2016 STATUS REPORT** |
| v. | |
| **BUTTE CENTRAL CATHOLIC SCHOOLS, & ROMAN CATHOLIC BISHOP OF HELENA, MONTANA,** a Montana Religious Corporation Sole (Diocese of Helena), | |
| DEFENDANTS. | |

Pursuant to this Court's Order of March 14, 2016, and as a supplement to Plaintiff's March 14, 2016 Status Report, the Plaintiff, through counsel, respectfully advises the Court that the parties have executed the Settlement Agreement and anticipate that a Stipulation for Dismissal and proposed Order dismissing the case with prejudice, as fully settled on the merits, will be filed by March 25, 2016.

DATED this 21st day of March, 2016.

GALLIK, BREMER & MOLLOY, P.C.

and

ROBERT A. KLINGER CO., L.PA.


By: /s/ *Brian K. Gallik*
BRIAN K. GALLIK,
Attorney for Plaintiff
777 East Main Street, STE 203
PO Box 70
Bozeman, MT  59771-0070


**CERTIFICATE OF SERVICE**

I certify that on March 21st, 2016, a copy of the Stipulation for Dismissal With Prejudice was served upon the following by the following means:

| Person | | Means |
|---|---|---|
| 1. Clerk, U.S. District Court<br>District of Montana<br>Butte Division<br>CM/ECF | X<br>___<br>___ | Electronic Mail<br>U.S. Mail<br>Hand Delivery |
| 2. Kathleen L. DeSoto<br>Garlington, Lohn & Robinson, PLLP<br>350 Ryman St.<br>Missoula, MT  59802<br><u>Attorney for</u> Defendants<br><u>Method of Service</u>: Electronic Mail: kldesoto@GARLINGTON.COM<br>    And First Class Mail, Postage Prepaid | X<br>X<br>___ | Electronic Mail<br>U.S. Mail<br>Hand Delivery |

/s/ *Brian K. Gallik*
Attorneys for Plaintiff